# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| REGINALD DEON SLOAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:21-cv-1604-LCB-GMB |
| J. SLAGER, *et al.*, | ) |
| Defendants. | ) |

## **MEMORANDUM OPINION**

On June 14, 2024, the Magistrate Judge entered a report and recommendation in this action. (Doc. 55). The Magistrate Judge recommended that the court: (1) dismiss Plaintiff Reginald Deon Sloan's claims against Defendant Officer Gibbs without prejudice pursuant to Federal Rule of Civil Procedure 4(m); (2) construe Mr. Sloan's initial disclosure (Doc. 29) as a motion to dismiss Defendant Officer Pepper and that the motion be granted and all claims against Mr. Pepper be dismissed without prejudice; and (3) treat Defendants Sergeant J. Slager, Officer Sabrina Brown, and Officer Curtis' special report (Docs. 48 & 49) as a motion for summary judgment and grant the motion. (Docs. 55). Although the court advised the parties of their right to file specific written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, Mr. Sloan's claims against Mr. Gibbs are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m); Mr. Sloan's initial disclosure (Doc. 29) is construed as a motion to dismiss Mr. Pepper and the motion is granted; and Mr. Slager, Ms. Brown, and Mr. Curtis' motion for summary judgment (Docs. 48 & 49) is granted.

A final judgment will be entered.

**DONE** and **ORDERED** August 21, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE